**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00148-KD-B |
| KADEN JAMES HEARD | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (doc. 34) and the parties' notice of consent to the Report and Recommendation (doc. 35), Defendant's plea of guilty to Count One of the Indictment charging conspiracy attempted enticement of a minor and Count Two of the Indictment charging possession of child pornography is accepted and Defendant is adjudged guilty of these offenses.

A sentencing hearing has been scheduled for **December 12, 2025, at 10:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 24th day of September 2025.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE